■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD THOMAS O'ROURKE, Appellant.— Motion for assignment of counsel denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ JOHANNES JOHNSON, Respondent, v. EDWARD R. SACHS, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ERNEST L. CONLON, Appellant, against CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH F. MULLIGAN, Appellant, against RIDGEWOOD BRASS FOUNDRY CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of DAVID ARMSTRONG, Appellant, against SEWANE HARBOR CLUB et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of BRENDA HALL, Appellant, against NORTH AMERICAN CASUALTY AND SURETY INSURANCE Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of PASQUALE MANGO, Appellant, against BETHLEHEM STEEL COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.